**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 2:18-cr-173-JAW |
| v. ) | |
| ) | |
| DEMONE COLEMAN ) | |

### **PROSECUTION VERSION**

If this case were to proceed to trial, the United States would prove the following facts beyond a reasonable doubt:

On May 31, 2017, June 22, 2017, June 29, 2017, and September 27, 2017, a confidential source ("CS-1") working with law enforcement officers made a series of controlled purchases of cocaine base from Individual 1. On each occasion, the defendant supplied Individual 1 with the cocaine base sold to CS-1. On each date referenced above, CS-1 was searched by law enforcement prior to the transaction with negative results for contraband and CS-1 was provided with law enforcement funds to make the purchase.

On May 31, 2017, CS-1 purchased approximately $300 worth of cocaine base from Individual 1. Immediately prior to this transaction, Individual 1 met with the defendant to obtain the cocaine base for distribution to CS-1. After receiving the cocaine base from the defendant, Individual 1 completed the exchange with CS-1. Following this transaction, CS-1 provided law enforcement with suspected cocaine base. A search of CS-1 for additional contraband was negative.

On June 22, 2017, CS-1 purchased approximately $300 worth of cocaine base from Individual 1. Immediately prior to this transaction, Individual 1 met with the defendant to obtain the cocaine base for distribution to CS-1. After receiving the cocaine base from the defendant, Individual 1 completed the exchange with CS-1. Following this transaction, CS-1 provided law

enforcement with suspected cocaine base. A search of CS-1 for additional contraband was negative.

On June 29, 2017, CS-1 purchased approximately $300 worth of cocaine base from Individual 1. Immediately prior to this transaction, Individual 1 met with the defendant to obtain the cocaine base for distribution to CS-1. After receiving the cocaine base from the defendant, Individual 1 completed the exchange with CS-1. Following this transaction, CS-1 provided law enforcement with suspected cocaine base. A search of CS-1 for additional contraband was negative. After this transaction, law enforcement officers conducted surveillance of the defendant and observed him proceed to a store. After the defendant made a purchase, law enforcement reviewed the bills in the store's cash register. Among the bills was a $20 bill with a serial number matching a serial number of the bills provided by law enforcement to CS-1 on June 29, 2017, to purchase cocaine base from Individual 1.

On September 27, 2017, CS-1 purchased approximately $350 worth of cocaine base from Individual 1. Immediately prior to this transaction, Individual 1 met with the defendant to obtain the cocaine base for distribution to CS-1. After receiving the cocaine base from the defendant, Individual 1 completed the exchange with CS-1. Following this transaction, CS-1 provided law enforcement with suspected cocaine base. A search of CS-1 for additional contraband was negative. After this transaction, law enforcement officers conducted surveillance of the defendant and observed him proceed to a store. After the defendant made a purchase, law enforcement reviewed the bills in the store's cash register. Among the bills were two $20 bills with serial numbers matching a serial numbers of the bills provided by law enforcement to CS-1 on September 27, 2017, to purchase cocaine base from Individual 1.

A DEA laboratory confirmed that the substances purchased by CS-1 on the dates referenced above contained cocaine base.

Dated at Portland, Maine this 17th day of December, 2018.

                                        Respectfully submitted,

                                        Halsey B. Frank
                                        United States Attorney

                                        /s/David B. Joyce
                                        Assistant U.S. Attorney
                                        United States Attorney's Office
                                        100 Middle Street
                                        Portland, ME 04101
                                        david.joyce@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2018, I filed the foregoing Prosecution Version using the Court's CM/ECF system, which will cause a copy to be sent to all counsel of record.

/s/David B. Joyce
Assistant U.S. Attorney